478 A.2d 133

Commonwealth, Appellant, v. Dellock.

Submitted May 9, 1984. Kent D. Watkins, Assistant District Attorney, for Commonwealth, appellant; Frank R. Cori, Public Defender, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.